IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Welch, John L | Case Number:  06 B 12538 |
| | Judge:  Doyle, Carol A |
| Printed:  11/7/06 | Filed:  10/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Transferred: October 26, 2006
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | National City Bank | Secured | 10,845.35 | 0.00 |
| 2. | National City Bank | Unsecured | 10.35 | 0.00 |
| 3. | Household Finance | Secured | | No Claim Filed |
| 4. | Household Finance | Secured | | No Claim Filed |
| 5. | Dyck O'Neal Inc | Secured | | No Claim Filed |
| 6. | Dyck O'Neal Inc | Secured | | No Claim Filed |
| 7. | Cook County Treasurer | Secured | | No Claim Filed |
| 8. | Select Portfolio Servicing | Secured | | No Claim Filed |
| 9. | Select Portfolio Servicing | Secured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | $ 10,855.70 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Welch, John L

Printed:  11/7/06

Case Number:  06 B 12538
Judge:  Doyle, Carol A
Filed:  10/3/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_